Michael A. Kalish
Judith F. Stempler
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177-1211
(212) 351-4500
Attorneys for Defendants Lipsig, Shapey,
Manus & Moverman, P.C., Mark Manus
and Jared Levine

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

| | |
|---|---|
| CARMEN AGUILERA-MOGLIA, | : ECF Case |
| Plaintiff, | : |
| | : 07 Civ. 4695 (DC) |
| - against - | : |
| | : |
| LIPSIG, SHAPEY, MANUS & MOVERMAN, | : **RULE 7.1(a) STATEMENT** |
| P.C., MARK MANUS, MARC MAUSER, | : |
| JARED LEVINE, and MERRILL GOLDSTEIN, | : |
| Defendants. | : |

------------------------------------x

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant Lipsig, Shapey, Manus & Moverman, P.C., by its attorneys, Epstein Becker & Green, P.C., certifies that it has no corporate parent or other corporation that owns 10% or more of its stock.

Dated: New York, New York
       October 2, 2007

EPSTEIN BECKER & GREEN, P.C.

By: _____
    Michael A. Kalish
    Judith F. Stempler
    250 Park Avenue
    New York, New York 10177-1211
    (212) 351-4500
    Attorneys for Defendants Lipsig, Shapey,
    Manus & Moverman, P.C., Mark Manus
    and Jared Levine

NY:2103959v1