Form 02 - SUITABLE AGE                AETNA CENTRAL JUDICIAL SERVICES
    **ROSE M. WEBER, ESQ.**
    **ATTN:**
U.S.DISTRICT SOUTHERN COURT        NEW YORK   COUNTY
--------------------------------------------------------

CARMEN AGUILERA-MOGLIA                    plaintiff         Index No. **07-CV-4695(D**

              - against -                       Date Filed  ............

LIPSIG,SHAPEY,MANUS & MOVERMAN,P.C.   defendant            Office No.
ET AL                                                      Court Date:    /   /
--------------------------------------------------------
    STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:
**BRETT M. GOLUB**   being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
**12th** day of **September, 2007   01:59 PM**        at
    **%LIPSIG,SHAPEY, ETC. 40 FULTON STREET, 25TH FLOOR**
    **NEW YORK, NY 10038 (SERVED IN LOBBY)**
I served the   **SUMMONS AND COMPLAINT**
upon **JARED LEVINE**
**the DEFENDANT**  therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
    **JOHN BENROS, CO-WORKER**
 a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: **MALE**     COLOR: **BROWN**    HAIR: **BLACK**     AGE: **30**  HEIGHT: **5:8**    WEIGHT: **180**
OTHER IDENTIFYING FEATURES:
On **09/14/2007** I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
**DEFENDANT** at the above address. That address being
**actual place of employment of the DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether **DEFENDANT**
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
14th  day of September,           2007tm              ..................
                                                     BRETT M. GOLUB   1239212
JOEL GOLUB                                           AETNA  CENTRAL  JUDICIAL  SERVICES
Notary Public, State of New York                     225 BROADWAY, SUITE 1802
  No.01G0475 1136                                NEW YORK, NY, 10007
Qualified in NASSAU COUNTY                           Reference No: 9RMW63784
Commission Expires 12/31/2009