Form 07 - CORPORATION

    **ROSE M. WEBER, ESQ.**
    **ATTN:**

U.S.DISTRICT SOUTHERN COURT    NEW YORK COUNTY

---

CARMEN AGUILERA-MOGLIA        plaintiff

    - against -

LIPSIG,SHAPEY,MANUS & MOVERMAN,P.C.   defendant
ET AL

Index No. **07-CV-4695(D**

Date Filed  ............

Office No.

Court Date:  /  /

---

STATE OF NEW YORK, COUNTY OF NEW YORK    :SS:

**BRETT M. GOLUB**    being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **12th** day of **September, 2007** at **01:59 PM.**, at
    **40 FULTON STREET,25TH FLOOR**
    **NEW YORK, NY 10038 (SERVED IN LOBBY)**

I served a true copy of the
    **SUMMONS AND COMPLAINT**

upon **LIPSIG,SHAPEY,MANUS & MOVERMAN,P.C. BY:MARK MANUS, PARTNER a domestic corporation, the DEFENDANT** therein named by delivering to, and leaving personally with
    **JOHN BENROS, MANAGING AGENT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
    SEX: **MALE**    COLOR: **BROWN**    HAIR: **BLACK**
    APP. AGE: **30**    APP. HT: **5:8**    APP. WT: **180**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
14th  day of  September, 2007
JOEL GOLUB
Notary Public, State of New York
    No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

BRETT M. GOLUB  1239212
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 9RMW63781