Form 02 - SUITABLE AGE                AETNA CENTRAL JUDICIAL SERVICES
        **ROSE M. WEBER, ESQ.**
        **ATTN:**
U.S.DISTRICT SOUTHERN COURT      NEW YORK   COUNTY
----------------------------------------------------
                                           Index No. **07-CV-4695(D**
CARMEN AGUILERA-MOGLIA                plaintiff
                                           Date Filed  ............
         - against -
                                           Office No.
LIPSIG,SHAPEY,MANUS & MOVERMAN,P.C.    defendant
ET AL                                      Court Date:    /  /
----------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK      :SS:
**BRETT M. GOLUB**    being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
**12th** day of **September, 2007  01:59 PM**      at
    **%LIPSIG,SHAPEY ETC.40 FULTON STREET,**
    **NEW YORK, NY 10038 (SERVED IN LOBBY)**
I served the   **SUMMONS AND COMPLAINT**
upon **MARK MANUS**
**the DEFENDANT**  therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
    **JOHN BENROS, CO-WORKER**
 a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: **MALE**     COLOR: **BROWN**    HAIR: **BLACK**     AGE: **30**  HEIGHT: **5:8**   WEIGHT: **180**
OTHER IDENTIFYING FEATURES:
On **09/14/2007** I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
**DEFENDANT** at the above address. That address being
**actual place of employment of the DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether **DEFENDANT**
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
14th  day of  September,      2007tm          ................................
                                              BRETT M. GOLUB   1239212
JOEL GOLUB                                    AETNA   CENTRAL   JUDICIAL   SERVICES
Notary Public, State of New York              225 BROADWAY, SUITE 1802
    No.01G04751136                            NEW YORK, NY, 10007
Qualified in NASSAU COUNTY                    Reference No: 9RMW63782
Commission Expires 12/31/2009