```
Form 01 - PERSONAL              AETNA CENTRAL JUDICIAL SERVICES
         ROSE M. WEBER, ESQ.
         ATTN:
U.S.DISTRICT SOUTHERN COURT         NEW YORK   COUNTY
------------------------------------------------------
                                              Index No. 07-CV-4695(D
CARMEN AGUILERA-MOGLIA                plaintiff
                                              Date Filed ............
              - against -
                                              Office No.
LIPSIG,SHAPEY,MANUS & MOVERMAN,P.C.   defendant
ET AL                                         Court Date:   /  /
------------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK       :SS:
```

**BRETT M. GOLUB**    being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the
**7th** day of **September, 2007   12:41 PM**            at
    **%KRAUSE & MAUSER,11 PARK PL. 17 TH FL,
    SUITE #1715, NY, NY 10007**
I served the   **SUMMONS AND COMPLAINT**
upon **MARC MAUSER**
**the  DEFENDANT** therein named by delivering and leaving a true copy or
copies of the aforementioned documents with
**MARC MAUSER**
said **DEFENDANT** personally.
    Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the service as follows:
       SEX: **MALE**      COLOR: **WHITE**     HAIR: **BROWN**
       APP. AGE: **45**   APP. HT: **5:9**     APP. WT: **180**
OTHER IDENTIFYING FEATURES: **GLASSES**

That at the time of service, as aforesaid, I asked **DEFENDANT** whether he/she was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT**  is not in the military service of the United States Government or of the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
11th  day of  September,         2007n
                                              ........................
JOEL GOLUB                                    BRETT M. GOLUB  1239212
Notary Public, State of New York              AETNA  CENTRAL JUDICIAL   SERVICES
   No.01G04751836                             225 BROADWAY, SUITE 1802
Qualified in NASSAU COUNTY                    NEW YORK, NY, 10007
Commission Expires 12/31/2009                 Reference No: 9RMW63783