Louis Pechman (LP-6395)
Berke-Weiss & Pechman LLP
488 Madison Avenue
New York, New York 10022
(212) 583-9500
*Attorneys for Defendant Marc R. Mauser*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARMAN AGUILERA-MOGLIA

        Plaintiff,

  -against-

LIPSIG, SHAPEY, MANUS & MOVERMAN, P.C.,
MARK MANUS, MARC MAUSER, JARED
LEVINE, and MERRILL GOLDSTEIN,

        Defendants.
------------------------------------------------------------X

07 Civ. 4695 (DC)

**ECF CASE**

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    Kindly enter my appearance as counsel in this case for defendant Marc R. Mauser. I certify that I am admitted to practice in the Southern District of New York.

Dated: New York, New York
      November 21, 2007

                              BERKE-WEISS & PECHMAN LLP

                              By: _____
                              Louis Pechman [LP-6395]
                              488 Madison Avenue, 11th Floor
                              New York, New York 10022
                              (212) 583-9500
                              *Attorneys for Defendant Marc. R. Mauser*