UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x

CARMEN AGUILERA-MOGLIA,                    :

                Plaintiff,            :

      - against -                          :        **ORDER**

LIPSIG, SHAPEY, MANUS &                     :        07 Civ. 4695 (DC)
MOVERMAN, P.C. et al.
                            :

              Defendants.           :

- - - - - - - - - - - - - - - - - - -x



**CHIN, District Judge**

      The Court held a conference yesterday, at which
defendants requested that named defendant Merrill Goldstein be
dismissed from this case.  Plaintiff concedes that Goldstein was
never served with the summons and complaint and does not object
to defendants' request.  Merrill Goldstein is hereby dismissed
without prejudice.

      SO ORDERED.

Dated:    New York, New York
         April 9, 2008

                              _____
                              DENNY CHIN
                              United States District Judge