UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CARMEN AGUILERA-MOGLIA,

                        Plaintiff,

- against -

LIPSIG, SHAPEY, MANUS & MOVERMAN
P.C., MARK MANUS, MARC MAUSER and
JARED LEVINE,

                        Defendants.

------------------------------------------------------------x

ECF Case

07 Civ. 4695 (DC)

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 7/10/08]

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff and defendants in the above-captioned action, that this action is dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

Dated: New York, New York
       June 27, 2008

EPSTEIN BECKER & GREEN, P.C.

By: _____
Michael A. Kalish
250 Park Avenue
New York, NY 10177-1211
(212) 351-3738
Attorneys for Defendants Lipsig, Shapey, Manus &
Moverman, P.C., Mark Manus and Jared Levine

BERKE-WEISS & PECHMAN, LLP

By: _____
Louis Pechman
488 Madison Avenue, 11th Floor
New York, NY 10022
(212) 583-9500
Attorneys for Defendant Marc Mauser

LAW OFFICE OF ROSE M. WEBER

By: _____
Rose M. Weber
225 Broadway, Suite 1607
New York, NY 10007
(212) 748-3355
Attorneys for Plaintiff

SO ORDERED

_____
U.S.D.J.
7/10/08